**Leonardo DRISDEL, Appellant,**

v.

**STATE of Missouri, Respondent.**

### ED 103894

Missouri Court of Appeals,
Eastern District,
<u>DIVISION ONE</u>.

Filed: February 7, 2017

Kevin B. Gau, Assistant Public Defender, St. Louis, MO, for appellant.

---

Gregory L. Barnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Leonardo Drisdel appeals from a denial of his Rule 29.15 motion for post-conviction relief. We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).